

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| IN THE INTEREST OF A. N. G., A CHILD, | § | No. 08-19-00088-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 383rd District Court |
| . | § | of El Paso County, Texas |
| | § | (TC# 2010CM094) |
| | § | |

## O R D E R

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **April 1, 2020**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Patrick Bramblett, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before April 1, 2020.

IT IS SO ORDERED this 26th day of February, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.